**Order entered October 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01136-CR

**ALBERT AYALA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-70946-V**

## ORDER

The State's exhibits 36 and 37 were filed October 18, 2017.

In light of this, we **VACATE** that portion of our October 17, 2017 order that orders Peri Wood not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Peri Wood, official court reporter of the 292nd Judicial District Court; to the Dallas County Auditor's Office; and to all counsel for all parties.

/s/     ELIZABETH LANG-MIERS
         PRESIDING JUSTICE